UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, Plaintiff | : | |
| v. | : | C.A. NO.: 07-132S |
| GILBANE, INC., GILBANE PROPERTIES, INC., GILBANE BUILDING COMPANY, PAUL CHOQUETTE, THOMAS F. GILBANE, JR., ROBERT V. GILBANE, WILLIAM J. GILBANE, JR., and RICHARD T. GILBANE | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of all defendants.

/s/ John T. Walsh, Jr., Esq.
John T. Walsh, Jr. #0483
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
401-272-3500
401-273-8780 (fax)
Jwalsh@hcc-law.com

CERTIFICATE OF SERVICE

I, John T. Walsh, Jr., certify that on the 14th day of May, 2007, 2006, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received

notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Stephen J. Reid, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903
sjr@blishcavlaw.com

Anne Robbins, Esq.
Steven L. Schreckinger, Esq.
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
arobbins@lynchbrewer.com
sschreckinger@lynchbrewer.com

/s/ John T. Walsh, Jr., Esq.