UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>GILBANE, INC., GILBANE PROPERTIES, INC., GILBANE BUILDING COMPANY, PAUL CHOQUETTE, THOMAS F. GILBANE JR., ROBERT V. GILBANE, WILLIAM J. GILBANE, JR. and RICHARD T. GILBANE,<br>Defendants. | Case No. C.A. 07-132S |

**ENTRY OF APPEARANCE OF STEVEN L. SCHRECKINGER**

Pursuant to the Order of May 31, 2007 granting my motion to appear pro hac vice in this matter, I hereby enter my appearance on behalf of defendants and plaintiffs-in-counterclaim Gilbane, Inc., Gilbane Properties, Inc., Gilbane Building Company, Paul Choquette, Thomas F. Gilbane, Jr., Robert V. Gilbane and William J. Gilbane, Jr.

Please note that I do not represent and am not appearing for defendant Richard T. Gilbane.

/s/ Steven L. Schreckinger
Steven L. Schreckinger (BBO #447100)
LYNCH, BREWER, HOFFMAN & FINK LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800
(617) 951-0811 (fax)
sschreckinger@lynchbrewer.com

CERTIFICATE OF SERVICE

I, Anne Robbins, hereby certify that on June 7, 2007 a true copy of the above Entry of Appearance of Steven L. Schreckinger was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Stephen J. Reid, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903
sjr@blishcavlaw.com

John T. Walsh, Jr., Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
jwalsh@hcc-law.com

/s/ Anne Robbins