AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF
RHODE ISLAND

Federal Insurance Company

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: CA 07 132 S

Gilbane, Inc., Gilbane Properties, Inc., Gilbane Building Company, Paul Choquette, Thomas F. Gilbane, Jr., Robert V. Gilbane, William J. Gilbane, Jr. and Richard T. Gilbane

TO: (Name and Address of Defendant)

Richard T. Gilbane
364 Benefit Street
Providence, RI 02903

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 4-10-07

BY DEPUTY CLERK