AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF
RHODE ISLAND

Federal Insurance Company

SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: CA 07 132 S

Gilbane, Inc., Gilbane Properties, Inc., Gilbane Building Company, Paul Choquette, Thomas F. Gilbane, Jr., Robert V. Gilbane, William J. Gilbane, Jr., and Richard T. Gilbane

TO: (Name and Address of Defendant)

Paul Choquette
57 Forge Road
Warwick, RI 02818

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 4-10-07

BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): I, John T. Walsh, Jr., attorney for defendant Paul Choquette hereby accept service of this Summons and the Complaint in this action for and on behalf of Paul Choquette.

X [signature]
John T. Walsh, Jr. #0487
Attorney for Paul Choquette
July 17, 2007

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________ ____________________
*Date* *Signature of Server*

____________________
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.