(Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Federal Insurance Company

V.

Gilbane, Inc., Gilbane Properties, Inc., Gilbane Building Company, Paul Choquette, Thomas F. Gilbane, Jr., Robert V. Gilbane, William J. Gilbane, Jr., and Richard T. Gilbane

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 132 S

TO: (Name and address of Defendant)

Gilbane, Inc.
7 Jackson Walkway
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900

nswer to the complaint which is served on you with this summons, within Twenty (20) days after service iis summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you he relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the k of this Court within a reasonable period of time after service.

RK

DATE 4-10-07

DEPUTY CLERK

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| of the Summons and complaint was made by me[1] | DATE |
|---|---|
| SERVER (PRINT) | TITLE |

*k one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☒ Other (specify): I, John T. Walsh, Jr., attorney for defendant Gilbane, Inc. hereby accept service of this Summons and the Complaint in this action for and on behalf of Gilbane, Inc.

X [signature]
John T. Walsh, Jr. # 0483
Attorney for Gilbane, Inc.
July 17, 2007

## STATEMENT OF SERVICE FEES

| | SERVICES | |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date ______________ *Signature of Server*

______________ *Address of Server*

ho may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.