# ATTACHMENT A

| | |
|---|---|
| District of Columbia Court of Appeals, | 12/30/88 |
| U.S. District Court for the District of Columbia | 02/06/89 |
| U.S. Bankruptcy Court for the Eastern District District of Virginia | 03/16/90 |
| U.S. Court of Appeals for the Fourth Circuit | 05/07/90 |
| U.S. Court of Appeals for the Third Circuit | 11/03/95 |
| U.S. Court of Appeals for the Seventh Circuit | 05/22/98 |
| U.S. District Court for the District of Colorado | 06/01/98 |
| U.S. Court of Appeals for the Sixth Circuit | 05/18/00 |
| U.S. Court of Appeals for the Fifth Circuit | 07/23/02 |
| U.S. Court of Appeals for the Eleventh Circuit | 10/01/03 |
| U.S. Court of Appeals for the First Circuit | 12/15/05 |
| U.S. Court of Appeals for the Eighth Circuit | 05/02/07 |
| U.S. Court of Appeals for the Second Circuit | 06/08/07 |