UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FEDERAL INSURANCE COMPANY
Plaintiff

v. C.A. No. 07-132S

GILBANE, INC., GILBANE PROPERTIES, INC., GILBANE BUILDING COMPANY, PAUL CHOQUETTE, THOMAS F. GILBANE JR., ROBERT V. GILBANE, WILLIAM J. GILBANE, JR. and RICHARD T. GILBANE
Defendants

## ENTRY OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for plaintiff, Federal Insurance Company in the above-entitled action.

/s/ Mary Cavanagh Dunn
Mary Cavanagh Dunn #6712
mcd@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: October 5, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October, 2007, I caused the foregoing Entry Of Appearance to be electronically served on:

Matthew F. Medeiros, Esq.
mfm@lmkbw.com
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903

Anne Robbins, Esq.
arobbins@lynchbrewer.com
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110

Steven L. Schreckinger, Esq.
sschreckinger@lynchbrewer.com
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110

John T. Walsh, Jr., Esq.
jwalsh@hcc-law.com
Higgins, Cavanagh & Cooney, LLP
the Hay Building, 4th Floor
123 Dyer Street
Providence, RI 02903

Kenneth A. Sweder, Esq.
ksweder@sweder-ross.com
Sweder & Ross LLP
21 Custom House Street, Suite 300
Boston, MA 02110

/s/ Mary Cavanagh Dunn