**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FEDERAL INSURANCE COMPANY, )
Plaintiff, )
)
v. ) Civil Action No. 07-132S
)
GILBANE, INC., GILBANE PROPERTIES, INC., )
GILBANE BUILDING COMPANY, PAUL )
CHOQUETTE, THOMAS F. GILBANE, )
ROBERT V. GILBANE, WILLIAM J. GILBANE, )
JR., and RICHARD T. GILBANE, )
Defendants. )

***ENTRY OF APPEARANCE***

Robert D. Fine and Douglas J. Emanuel hereby enter their appearance as local counsel for Richard T. Gilbane in the above-captioned case.

/s/ Robert D. Fine

/s/ Douglas J. Emanuel

Robert D. Fine (2447)
Douglas J. Emanuel (5176)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411
Email: rfine@crfllp.com
demanuel@crfllp.com

Dated: December 21, 2007