**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>GILBANE, INC., GILBANE PROPERTIES, INC., GILBANE BUILDING COMPANY, PAUL CHOQUETTE, THOMAS F. GILBANE, ROBERT V. GILBANE, WILLIAM J. GILBANE, JR., and RICHARD T. GILBANE,<br>Defendants. | ) | Civil Action No. 07-132S |

**WITHDRAWAL OF APPEARANCE**

The undersigned, Matthew F. Medeiros, Esq., hereby withdraws his appearance on behalf of Defendant Richard T. Gilbane in this matter.

/s/ Matthew F. Medeiros
Matthew F. Medeiros (#1856)
Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel: (401)272-8080
Fax: (401)521-3555
mfm@lmkbw.com

Dated: December 21, 2007

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on the 21st day of December 2007, I caused the foregoing Withdrawal of Appearance to be electronically served on:

Mary C. Dunn
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903
mcd@blishcavlaw.com

Steven L Schreckinger
Lynch, Brewer, Hoffman & Fink LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
sschreckinger@lynchbrewer.com

Stephen J. Reid , Jr.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903
sjr@blishcavlaw.com

John T. Walsh , Jr.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
jwalsh@hcc-law.com

Anne Robbins
Lynch, Brewer, Hoffman & Fink LLP
101 Federal Street, 22nd Floor
Boston, MA 02110
arobbins@lynchbrewer.com

/s/ Matthew F. Medeiros

I further certify that on December 21, 2007, a copy of the foregoing Withdrawal of Appearance was sent by mail to:

Jonathan A. Constine
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth St., NW
Washington, DC 20004

Douglas S Crosno
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Columbia Square
Washington, DC 20004

Robert D. Fine
Chace Ruttenberg & Freedman, LLP
One Park Road, Suite 300
Providence, RI 02903

Douglas J. Emanuel
Chace Ruttenberg & Freedman, LLP
One Park Road, Suite 300
Providence, RI 02903

/s/ Matthew F. Medeiros

f:\mfm\gilbane\withdrawal of appearance (07-132 s).doc