**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**FEDERAL INSURANCE COMPANY**
**Plaintiff**

**vs.** **C.A. No. 07-132S**

**GILBANE, INC., GILBANE PROPERTIES, INC., GILBANE BUILDING COMPANY, PAUL CHOQUETTE, THOMAS F. GILBANE JR., ROBERT V. GILBANE, WILLIAM J. GILBANE, JR. and RICHARD T. GILBANE**
**Defendants**

**and**

**GILBANE, INC., GILBANE PROPERTIES, INC., GILBANE BUILDING COMPANY, PAUL CHOQUETTE, THOMAS F. GILBANE, JR., ROBERT V. GILBANE, AND WILLIAM J. GILBANE, JR.**
**Plaintiffs-in-Counterclaim**

**vs.**

**FEDERAL INSURANCE COMPANY**
**Defendant-in-Counterclaim**

**STIPULATION OF DISMISSAL, WITH PREJUDICE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

It is hereby stipulated and agreed by and between plaintiff and defendant-in-counterclaim, Federal Insurance Company, defendants and plaintiffs-in-counterclaim, Gilbane, Inc., Gilbane Properties, Inc., Gilbane Building Company, Paul Choquette, Thomas F. Gilbane, Jr., Robert V. Gilbane, and William J. Gilbane, Jr., and defendant, Richard T. Gilbane, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil

Procedure, the above-entitled action be and hereby is dismissed, in its entirety, with prejudice, each party being responsible for its and/or his own respective attorneys' fees, costs, and expenses.

Federal Insurance Company

By its Attorneys,

/s/ Stephen J. Reid, Jr.
/s/ Mary Cavanagh Dunn
Stephen J. Reid, Jr. #2811
Mary Cavanagh Dunn #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)
sjr@blishcavlaw.com
mcd@blishcavlaw.com

Gilbane, Inc., Gilbane Properties, Inc., Gilbane Building Company, Paul Choquette, Thomas T. Gilbane, Jr., Robert V. Gilbane, and William J. Gilbane, Jr.

By their Attorneys,

/s/ John T. Walsh, Jr.
John T. Walsh, Jr. #0483
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500
(401) 273-8780 (fax)
jwalsh@hcc-law.com

/s/ Jonathan A. Constine
/s/ Douglas S. Crosno
Jonathan A. Constine
Douglas S. Crosno
Hogan & Hartson LLP
Columbia Square
555 Thirteen Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 (fax)
JAConstine@HHLAW.com
DSCrosno@HHLAW.com

/s/ Steven L. Schreckinger
/s/Anne Robbins
Steven L. Schreckinger
Anne Robbins
Lynch, Brewer, Hoffman & Fink, LLP
101 Federal Street, 22nd Floor
Boston, MA 02110-1800
(617) 951-0800
(617) 951-0811 (fax)
sschreckinger@lynchbrewer.com
arobbins@lynchbrewer.com

Richard T. Gilbane

By his Attorneys,

/s/ Robert D. Fine
/s/ Douglas J. Emanuel

Robert D. Fine #2447
Douglas J. Emanuel #5176
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
(401) 453-6400
(401) 453-6471
rfine@crfllp.com
demanuel@crfllp.com

Dated: July 10, 2008